IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOEY D. KING, et al, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:13-CV-1138-AT |
| | : | |
| TOWNSEND TREE SERVICE COMPANY, LLC, | : | |
| | : | |
| Defendants. | : | |

### **ORDER**

This matter is before the parties' Joint Motion for Settlement. [Doc. 11.] The parties have conferred with the Court regarding the settlement agreement in this matter now on file. The Court has reviewed the Agreement for adequacy, consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. See *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982)

The Fair Labor Standards Act ("FLSA") imposes the obligation to pay unpaid overtime compensation and "an additional equal amount as liquidated damages" on employers who violate its requirement that overtime wages be paid. 29 U.S.C. § 216(b). Under the FLSA, there are only two routes for compromise of FLSA claims. "First, under section 216(c), the Secretary of Labor is authorized to

supervise payment to employees of unpaid wages owed to them." *Lynn's Food Stores, Inc.*, 679 F.2d at 1353. Alternatively, employees' claims may be compromised in a private FLSA action for back wages only after the district court reviews the proposed settlement and enters "a stipulated judgment after scrutinizing the settlement for fairness." *Id.*

The Court has reviewed the proposed settlement agreement and considered counsel's explanation of the settlement terms and the practical litigation considerations that warrant settlement of this matter. The expediency with which the parties moved to resolve this matter should be complimented. The provisions of the Agreement under the circumstances of this case are fair, adequate, and reasonable.

THEREFORE, the Court **GRANTS** the Parties' Joint Motion for Settlement Approval [Doc. 11.] and **APPROVES** the settlement as a fair, reasonable, and adequate resolution of this action. The Clerk is **DIRECTED** to close the case.

It is so ORDERED this 26th day of September, 2013.

                                                      Amy Totenberg
                                                     United States District Judge